IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Richards, Telli S | Case Number: 07 B 21525 |
|---|---|
|  | Judge: Hollis, Pamela S |
| Printed: 4/8/08 | Filed: 11/15/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: February 25, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 808.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 764.37 |
| Trustee Fee: |  | 43.63 |
| Other Funds: |  | 0.00 |
| Totals: | 808.00 | 808.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,873.00 | 764.37 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | GMAC Mortgage Corporation | Secured | 31,224.42 | 0.00 |
| 4. | Chicago Central | Unsecured | 21.50 | 0.00 |
| 5. | B-Line LLC | Unsecured | 27.35 | 0.00 |
| 6. | Fairlane Credit L.L.C. | Unsecured | 1,107.82 | 0.00 |
| 7. | Sallie Mae | Unsecured | 211.60 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 59.42 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 49.00 | 0.00 |
| 10. | Plains Commerce Bank | Unsecured | 31.56 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 42.89 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 16.41 | 0.00 |
| 13. | Household Bank FSB | Unsecured | 64.54 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 28.26 | 0.00 |
| 15. | Peoples Energy Corp | Unsecured | 9.06 | 0.00 |
| 16. | Certified Recovery | Unsecured |  | No Claim Filed |
| 17. | Allied Credit | Unsecured |  | No Claim Filed |
| 18. | Allied Interstate | Unsecured |  | No Claim Filed |
| 19. | Chase | Unsecured |  | No Claim Filed |
| 20. | First Premier | Unsecured |  | No Claim Filed |
| 21. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 22. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
| 23. | Medical Recovery Specialists | Unsecured |  | No Claim Filed |
| 24. | Medical Collections | Unsecured |  | No Claim Filed |
| 25. | MRSI | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Richards, Telli S

Printed:  4/8/08

Case Number:  07 B 21525
Judge:  Hollis, Pamela S
Filed:  11/15/07

| | | | |
|---|---|---|---|
| 26. Superior Asset Management | Unsecured | | No Claim Filed |
| 27. Tribute/Fbold | Unsecured | | No Claim Filed |
| 28. Medical Collections | Unsecured | | No Claim Filed |
| 29. Salute Visa | Unsecured | | No Claim Filed |

_____     _____
$ 35,766.83     $ 764.37

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 43.63 |

_____
$ 43.63

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

